IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

FARM BUREAU BANK, FSB     PLAINTIFF

v.     CIVIL ACTION NO. 4:17-CV-00082-GHD-JMV

JEFF COUNTS and DIXIE AUTO
COMPANY, LLC     DEFENDANTS

## ORDER SEALING EXHIBITS

This matter came on for hearing on November 2, 2017, on the Plaintiff's Motion for Default Judgment against the Defendants [Doc. No. 9]. In the hearing, the Plaintiff introduced six exhibits (Exhs. Nos. A1, A2, B1, B2, C1, and C2) into evidence as Plaintiff's composite exhibit 1 (*see* Doc. No. 13). The court, *sua sponte*, is of the opinion that those exhibits should be filed and held under seal because the exhibits contain sensitive and personal information relating to non-parties to this litigation, and that access to the exhibits should be limited to court personnel and parties to this action.

Accordingly, the Court hereby ORDERS that the exhibits entered into evidence at the November 2, 2017, hearing on the Plaintiff's Motion for Default Judgment (*see* Doc. No. 13) should filed UNDER SEAL by the Clerk's Office; access to the exhibits is limited to court personnel and parties to this action.

It is SO ORDERED, this, the 3rd day of November, 2017.

_____
Senior Judge